Elizabeth Libman, appellee, v. Chicago Title and Trust Company et al., defendants, on appeal of Mary L. Kent and Amos W. Martin, appellants. Gen. No. 37,488.

Opinion filed December 19, 1934. Rehearing denied January 9, 1935.

Edward H. S. Martin, for appellants. Sabath, Perlman, Goodman & Rein, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Floyd Caldwell, plaintiff in error. Gen. No. 37,513.

Opinion filed December 19, 1934.

Eugene L. McGarry, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, J. Albert Woll and Henry E. Seyfarth, Assistant State's Attorneys, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Carl M. White, appellant, v. Arnold Foley, appellee. Gen. No. 37,543.

Opinion filed December 19, 1934. Rehearing denied January 9, 1935.

Clark & Clark, for appellant; Russell S. Clark, of counsel. L. M. Nowlan, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Etta Wolf, defendant in error, v. China Catering Company et al., plaintiffs in error. Gen. No. 37,573.

Opinion filed December 19, 1934.

Danaher & Garriott, for plaintiffs in error. Sidney J. Wolf, for defendant in error.

Mr. Justice Wilson delivered the opinion of the court.